| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-17257 / KCF**

Jose Guzman

Petition Filed Date: 04/12/2018
341 Hearing Date: 05/10/2018
Confirmation Date: 06/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2018 | $361.00 | 49585730 | 07/02/2018 | $361.00 | 50353880 | 08/01/2018 | $361.00 | 51176710 |
| 09/04/2018 | $361.00 | 52004020 | 10/03/2018 | $361.00 | 52837710 | 11/05/2018 | $361.00 | 53647590 |
| 12/03/2018 | $361.00 | 54351480 | | | | | | |

**Total Receipts for the Period:  $2,527.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,888.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jose Guzman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER E ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,357.35 | $142.65 |
| 1 | ASHLEY ALEXA PROPERTIES LP<br>»»  RENT ARREARS | Unsecured Creditors | $11,335.14 | $0.00 | $11,335.14 |
| 2 | HYUNDAI CAPITAL AMERICA<br>»»  2017 HYUNDAI SONATA | Debt Secured by Vehicle | $1,193.12 | $0.00 | $1,193.12 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $786.17 | $0.00 | $786.17 |
| 4 | PENNYMAC LOAN SERVICES, LLC<br>»»  P/1 MARBLESTONE LN/1ST MTG | Mortgage Arrears | $11,518.32 | $0.00 | $11,518.32 |

**Chapter 13 Case No. 18-17257 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,888.00 | Plan Balance: | $18,772.00 ** |
| Paid to Claims: | $2,357.35 | Current Monthly Payment: | $361.00 |
| Paid to Trustee: | $194.92 | Arrearages: | $361.00 |
| Funds on Hand: | $335.73 | Total Plan Base: | $21,660.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**